# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

Michael Erwin,

        Plaintiff,    :    Case No. 3:10-cv-50

  - vs -    :    District Judge Walter Herbert Rice
                                  Magistrate Judge Michael R. Merz

Southern Regency Tennis Center LLC,    :

        Defendant.    :

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz on Defendant's Motion for Judgment on the Pleadings (Doc. #11), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

Accordingly, it is hereby ORDERED that Defendant's Motion for Judgment on the Pleadings (Doc. #6) be DENIED.

June 2, 2010.

                                                      Walter Herbert Rice
                                                      United States District Judge